UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE YVONNE WEST,<br>        Plaintiff,<br>    v.<br>UNITED STATES CONGRESS,<br>        Defendant. | Case No. 22-cv-02406-JD<br><br>**ORDER RE REPORT AND RECOMMENDATION** |

Magistrate Judge Alex Tse granted in forma pauperis status to pro se plaintiff Michelle Yvonne West and reviewed her complaint under 28 U.S.C. § 1915(e). Dkt. Nos. 5, 6. The court determined that West could not sue Congress because it is shielded by sovereign immunity, and that the complaint failed to describe an injury sufficient for standing. Dkt. No. 6 at 1-2. West was given leave to file an amended complaint by June 20, 2022, which she did not do. *Id.* at 2. Judge Tse filed a report recommending dismissal for failure to state a claim, and West did not file a response or objection to the report. Dkt. No. 7.

The Court adopts the report and recommendation in full, and the case is dismissed without prejudice. The Clerk's office is asked to close the case.

**IT IS SO ORDERED.**

Dated: October 4, 2022

JAMES DONATO
United States District Judge